**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEON RUTHER, | ) | |
| | ) | No.  07 C 5445 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR |
| | ) | VIOLATION OF CIVIL RIGHTS |
| v. | ) | AND SUPPLEMENTAL STATE |
| | ) | CLAIMS |
| S. RIMKUS STAR NO. 3891 and | ) | |
| J. BANKS STAR NO. 15477, individually, | ) | |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | **JURY DEMANDED** |

**SECOND AMENDED COMPLAINT**

**JURISDICTION AND VENUE**

1.      This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Section 1983].  This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331 and 1367.

2.      Venue is founded in this judicial court upon 28 U.S.C. Section 1381 as the acts complained of arose in this district.

**PARTIES**

3.      At all times herein mentioned, Plaintiff, LEON RUTHER, ("Plaintiff") was and is now a citizen of the United States.

4.      At all times herein mentioned, Defendants S. RIMKUS STAR NO. 3891 ("Rimkus") and J. BANKS STAR NO. 15477 ("Banks"), were employees of the Chicago Police Department, working as booking officer and lockup keeper, respectively, at the District 004 police station at 2255 E. 103rd St., Chicago, IL 60639, and were acting under color of state law

and as employees, agents or representatives of the Chicago Police Department. Defendants are being sued in their individual/personal capacities.

5.     At all times herein mentioned the CITY OF CHICAGO was a political division of the State of Illinois, existing as such under the laws of the State of Illinois. At all relevant times, the City of Chicago maintained, managed, and/or operated the Chicago Police Department.

## FACTUAL ALLEGATIONS

6.     On or about July 7, 2007, in the City of Chicago, County of Cook, State of Illinois, Plaintiff was arrested and detained on various traffic violations.

7.     At approximately that place and date, Plaintiff was taken to the District 004 police station at 2255 E. 103rd St., Chicago, IL 60639.

8.     While he was at the police station, Rimkus ordered Plaintiff to remove all clothing and Plaintiff complied by removing all of his clothing.

9.     Plaintiff stood naked in the booking area for several minutes with Rimkus and Banks present.

10.     Rimkus made comments about how he enjoys conducting a strip search and other sexually suggestive comments.

11.     Defendants did not have a reasonable suspicion that Plaintiff was concealing weapons or contraband on his person and thus there was no legal cause to strip search Plaintiff.

12.     Plaintiff did not consent to being strip searched by Rimkus

13.     By reason of the above-described acts and omissions of Defendants, Plaintiff sustained injuries, including but not limited to, humiliation and indignities, and suffered great mental and emotional trauma, pain and suffering all to his damage in an amount to be ascertained.

14.     The aforementioned acts of Defendants were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights, and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

15.     By reason of the above-described acts and omissions of the Defendants, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights.  By reason thereof, Plaintiff requests payment by Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I

## PLAINTIFF AGAINST RIMKUS FOR THE CIVIL RIGHTS CLAIM OF
## UNREASONBLE SEARCH AND SEIZURE

16.     Plaintiff hereby incorporates and re-alleges Paragraphs one (1) through fifteen (15) hereat as though fully set forth at this place.

17.     By reason of the Defendant's conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

18.     The arbitrary intrusion by Defendant, into the security and privacy of Plaintiff's person was in violation of Plaintiff's Constitutional Rights and not authorized by law.  The Defendant violated the Plaintiff's rights by conducting a strip search without legal cause.  The foregoing was unnecessary, unreasonable and excessive, and was therefore an unlawful seizure and search in violation of Plaintiff's rights under the Fourth Amendment.  Therefore, the Defendant, in his individual capacity is liable to plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT II

## PLAINTIFF AGAINST BANKS FOR THE CIVIL RIGHTS CLAIM OF

## VIOLATION OF DUE PROCESS FOR FAILURE TO PROTECT

19.     Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fifteen (15) as though fully set forth at this place.

20.     As alleged above, Banks knew that Plaintiff was being subjected to an unreasonable strip search; yet, Banks failed to protect Plaintiff despite the reasonable ability to do so.  Through his actions and omissions, Defendant knowingly and in deliberate indifference to Plaintiff's rights, subjected Plaintiff to a violation of his due process rights and cruel and unusual punishment.  These actions and omissions caused harm to Plaintiff.

21.     By reason of Defendant's conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth, Eighth, and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.  Therefore, Defendant is liable to Plaintiff pursuant to 42 U.S.C. Section 1983.

## COUNT III

## PLAINTIFF AGAINST RIMKUS AND THE CITY OF CHICAGO

## FOR SUPPLEMENTAL STATE CLAIM OF ASSAULT

22.     Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fifteen (15) hereat as though fully alleged at this place.

23.     Rimkus, employed by the City of Chicago, committed the above mentioned acts with the intent to cause Plaintiff's perception of an imminent physical contact with Plaintiff's person.

24.     Plaintiff perceived that physical contact from Rimkus was imminent.

25.     Plaintiff did not consent to any physical contact with Rimkus.

26.     The City of Chicago is liable to Plaintiff for the acts of Rimkus pursuant to the

doctrine of *respondeat superior.*

27.     Therefore, Rimkus and the City of Chicago are liable under the state

supplemental claim of Assault.


WHEREFORE, Plaintiff, LEON RUTHER, by and through his attorneys, ED FOX &

ASSOCIATES, requests judgment against the Defendants as follows:

1.     That Defendants be required to pay the Plaintiff general damages including
emotional distress, in a sum to be ascertained.

2.     That Defendants be required to pay Plaintiff special damages.

3.     That the individual Defendants be required to pay Plaintiff exemplary and
punitive damages in a sum to be ascertained;

4.     That the individual Defendant be required to pay Plaintiff's attorney's fees
pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access
to Justice Act or any other applicable provision;

5.     That Defendants be required to pay Plaintiff the costs of suit herein incurred; and

6.     That Plaintiff have such other and further relief as the court may deem just and
proper.


By: */s/* Leslie C. McCoy _____
Leslie C. McCoy

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 W. Adams St., Suite 330
Chicago, IL 60606
(312) 345-8877

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

By: */s/* Leslie C. McCoy
Leslie C. McCoy

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 W. Adams St., Suite 330
Chicago, IL 60606
(312) 345-8877

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LEON RUTHER,                  )
                                  )   No. 07 C 5445
      Plaintiff,         )
                                  )
                                  )
v.                                )
                                  )
S. RIMKUS STAR NO. 3891 and    )
J. BANKS STAR NO. 15477, individually,  )
and the CITY OF CHICAGO,        )
                                  )
         Defendants.     )
                                  )

**NOTICE OF FILING**

To:    Ashley C. Kosztya         Mary McCahill
        City of Chicago Department of Law  Assistant Corporation Counsel
        30 North LaSalle, Suite 1020     30 North LaSalle, Suite 1400
        Chicago, IL 60602             Chicago, IL 60602

       **PLEASE TAKE NOTICE** that on April 18, 2008, the undersigned filed with the Clerk of this Court, **PLAINTIFF'S SECOND AMENDED COMPLAINT**, service of which is being made upon you.

                                   s/Leslie C. McCoy
                                    Leslie C. McCoy
                                    ED FOX & ASSOCIATES
                                    300 West Adams, Suite 330
                                    Chicago, IL 60606
                                    (312) 345-8877

**PROOF OF SERVICE**

       I, Leslie C. McCoy, an attorney, under penalty of perjury, and state that on April 18, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

                                   s/Leslie C. McCoy
                                    Leslie C. McCoy